IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALLCAPCORP, LTD. CO. d/b/a<br>ALLEGIANCE CAPITAL<br>CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>CHC CONSULTING, CONGRUEX LLC,<br>and D.A. DAVIDSON &CO.,<br>    Defendants. | Civil Action No. 3:17-CV-0757-S-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant CHC Consulting's Motion to Transfer Venue and Memorandum in Support Thereof,* filed May 30, 2018 (doc. 60); *Defendant D.A. Davidson's ... Alternative[ Motion] to Transfer Venue,* filed June 11, 2018 (doc. 62); and *Defendant Congruex LLC's Motion ..., Alternatively, to Transfer Venue,* filed June 14, 2018 (doc. 67), are **GRANTED,** and the motions to dismiss are **DENIED as moot**. This case is hereby **TRANSFERRED** to the United States District Court for the Central District of California, Southern Division.

SIGNED this 15th day of February, 2019.

_____
**UNITED STATES DISTRICT JUDGE**